# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LAND, CLAY D. | GEORGIA - MIDDLE DISTRICT | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

P.O. BOX 2017
COLUMBUS, GA
31902

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | BUCHANAN LAW FIRM, PC (ATTORNEY) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SYNOVUS (MONEY MARKET) | A | Interest | M | T | | | | | |
| 2. SYNOVUS (CD'S) | B | Interest | L | T | Matured (part) | 08/12/20 | L | | |
| 3. JPMORGAN CHASE BANK COLUMBUS OH (CD'S) | B | Interest | | | Redeemed | 01/17/20 | L | | |
| 4. BANK OF CHINA NEW YORK NY (CD'S) | B | Interest | M | T | Buy (add'l) | 10/19/20 | L | | |
| 5. | | | | | Matured (part) | 12/17/20 | L | | |
| 6. COMENITY BANK JUMBO (CD'S) | C | Interest | | | Matured (part) | 04/13/20 | M | | |
| 7. | | | | | Matured | 08/14/20 | L | | |
| 8. CF NATIONAL BANK SIOUX OF SIOUX FALLS SD (CD'S) | A | Interest | N | T | Buy | 11/16/20 | M | | |
| 9. | | | | | Buy (add'l) | 11/25/20 | M | | |
| 10. | | | | | Buy (add'l) | 12/09/20 | M | | |
| 11. BANK OF WEST SAN FRANSISCO (CD) | B | Interest | | | Buy | 03/15/20 | M | | |
| 12. | | | | | Matured | 09/15/20 | M | | |
| 13. FEDERAL SAVINGS BANK (CD) | A | Interest | | | Buy | 03/15/20 | L | | |
| 14. | | | | | Matured | 09/15/20 | L | | |
| 15. MERCHANTS BANK (CD) | A | Interest | | | Buy | 03/15/20 | N | | |
| 16. | | | | | Matured | 09/15/20 | N | | |
| 17. FIRST FINANCIAL BANK OF CINCINNATI OHIO (CD) | A | Interest | L | T | Buy | 12/14/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. STATE BANK IND NEW YORK CITY BY FID (CD'S) | A | Interest | L | T | Buy (add'l) | 10/15/20 | L | | |
| 19. | | | | | Matured (part) | 10/16/20 | L | | |
| 20. MORGAN STANLEY (MONEY MARKETS) | A | Interest | N | T | | | | | |
| 21. RAYMOND JAMES (MONEY MARKET) | A | Interest | J | T | | | | | |
| 22. RENTAL PROPERTY, COLUMBUS, GA (2001 $121,000) | C | Rent | M | R | | | | | |
| 23. Aberdeen Japan Equity Fund Inc | A | Dividend | J | T | | | | | |
| 24. American Funds Europacific Growth A | A | Dividend | L | T | | | | | |
| 25. American Funds Europacific Growth C | A | Dividend | K | T | Buy (add'l) | 06/15/20 | K | | |
| 26. American Funds Europacific Growth F2 | A | Dividend | J | T | | | | | |
| 27. American Funds Europacific Growth R2 | A | Dividend | J | T | | | | | |
| 28. Artisan International Fund Advisor Class N/L | A | Dividend | | | Sold | 06/06/20 | J | | |
| 29. AT&T Inc | A | Dividend | J | T | Buy (add'l) | 06/15/20 | J | | |
| 30. Baird Aggregate Bond Fund Instl Class N/L | A | Dividend | K | T | Sold (part) | 08/07/20 | J | A | |
| 31. Champlain Mid Cap Fund Advisor Class N/L | A | Dividend | J | T | Buy (add'l) | 08/15/20 | J | | |
| 32. Charter Communications Inc | | None | J | T | | | | | |
| 33. Cisco Systems | A | Dividend | J | T | | | | | |
| 34. Clearbridge Dividend Strategy Fund Class I N/L | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Coca-Cola Inc | B | Dividend | L | T | | | | | |
| 36. Comcast Corp Class A | A | Dividend | K | T | | | | | |
| 37. Diamond Hill Long-Short Fund A | | | | | | | | | |
| 38. Dodge & Cox Income Fund N/L | A | Dividend | K | T | Sold<br>(part) | 08/07/20 | J | A | |
| 39. Federated Short Term Income Fd<br>Institutional Shares IS N/L | A | Dividend | J | T | Sold<br>(part) | 06/09/20 | J | A | |
| 40. Freeport Mcmoran CP&GLD | A | Dividend | J | T | | | | | |
| 41. Goldman Sachs Mid Cap Value Fund Class<br>A | A | Dividend | L | T | Buy<br>(add'l) | 08/15/20 | J | | |
| 42. Intel Inc | A | Dividend | K | T | | | | | |
| 43. Ishares MSCI Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 44. IShares Select Dividend ETF | B | Dividend | K | T | | | | | |
| 45. Invesco QQQ Trust, Series 1 (QQQ) | B | Dividend | M | T | Sold<br>(part) | 09/15/20 | L | E | |
| 46. John Hancock Disciplined Value Fund Class<br>I | A | Dividend | J | T | | | | | |
| 47. Loomis Sayles Growth Fund Class Y N/L | A | Dividend | J | T | Sold<br>(part) | 08/07/20 | J | A | |
| 48. Metropolitan West Total Return Bond Fund<br>Class I N/L | A | Dividend | K | T | Sold<br>(part) | 06/09/20 | J | A | |
| 49. MFS Research Fund Class A | A | Dividend | J | T | Sold<br>(part) | 08/07/20 | J | A | |
| 50. Microsoft Inc | A | Dividend | L | T | Sold<br>(part) | 10/15/20 | K | E | |
| 51. NGR Energy Inc | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO Total Return Fund Class P N/L | A | Dividend | J | T | | | | | |
| 53. PIMCO Low Duration Funds Class I2 N/L | A | Dividend | J | T | Sold (part) | 08/07/20 | J | A | |
| 54. PGIM Absolute Return Bond Fund Class Z N/L | A | Dividend | J | T | | | | | |
| 55. Principal Large Cap S&P 500 Fund A | A | Dividend | K | T | | | | | |
| 56. Royce Pennsylvania Consult | C | Dividend | L | T | | | | | |
| 57. Royce Total Return Fund Consultant | D | Dividend | L | T | | | | | |
| 58. SEI US Managed Volatility Fund Class Y N/L | A | Dividend | J | T | | | | | |
| 59. Southern Co | D | Dividend | M | T | | | | | |
| 60. SPDR S&P 500 ETF Trust | D | Dividend | N | T | Sold (part) | 09/31/20 | M | F | |
| 61. Truist Finl Corp | B | Dividend | L | T | Buy (add'l) | 06/15/20 | K | | |
| 62. T. Rowe Price US Equity Research FD Investor CLS N/L | A | Dividend | J | T | Sold (part) | 08/07/20 | J | A | |
| 63. T. Rowe Price Small Cap Value Fund Advisor Class N/L | A | Dividend | J | T | | | | | |
| 64. T. Rowe Price Overseas Stock Fund Investor Class N/L | A | Dividend | J | T | Buy | 08/15/20 | J | | |
| 65. Transamerica High Yield Bond Fund Class I N/L | A | Dividend | J | T | Buy (add'l) | 08/15/20 | J | | |
| 66. Walt Disney Co Inc | | | | | | | | | |
| 67. Wells Fargo International Value Fund Class I N/L | A | Dividend | | | Sold | 06/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the Investments/Trusts section; but instead, the individual assets contained in the IRA's (cash equivalents and stock) are included in the individual listing of cash equivalents and stocks in the Investments/Trusts section.

2. Section VII - ▉▉▉ was removed as ▉▉▉ in 2020. ▉ assets have been appropriately excluded from Part VII without specific line item transactions.

3. Assets denoted with ▉ after the name belong to ▉▉ who no longer ▉▉▉ beginning in 2020. These assets have no reporting information other than that which is reported in column A.

4. Assets denoted with ▉ after the name are held within ▉▉▉ employer sponsored 401(k) plan and were inadvertently excluded from reporting in prior years. ▉ retirement accounts, in total value, were correctly stated, but detail of the individual funds held within ▉▉▉ employer sponsored 401(k) was missing.

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/15/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLAY D. LAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544